IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| THOMAS GADDIS, #149 870, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 3:17-CV-781-WHA |
| | ) [WO] |
| LIEUTENANT CATHY JACKSON and GARY WILLIAMS, | ) |
| Defendants. | ) |

## **OPINION and ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on December 22, 2017. Doc. 4. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of Plaintiff to pay the initial partial filing fee under 28 U.S.C. § 1915(b)(1)(A).

An appropriate judgment will be entered.

Done, this 26th day of January, 2018.

    /s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE