IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| THOMAS GADDIS, #149 870, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:17-CV-781-WHA |
| ) | [WO] |
| LIEUTENANT CATHY JACKSON and ) | |
| GARY WILLIAMS, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

In accordance with the order of the court entered in this case on this day, Final Judgment is entered in favor of Defendants, and against Plaintiff, and this case is DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done, this 26th day of January, 2018.

    /s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE